RECEIVED
AUG - 5 2005
CLERK'S OFFICE
U.S. CENTRAL ILLINOIS
PEORIA, ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION  (NO. VI)

THIS DOCUMENT RELATES TO:            CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| All Cascino Vaughan Law Office Cases on Attached Exhibit A | ) ) ) | Case No. See Exhibit A |
| VS. | ) ) ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, ET AL. | ) ) ) ) | |
| Defendants. | ) | |

### STIPULATION FOR DISMISSAL

Now come the Plaintiffs, by their attorneys Cascino Vaughan Law Offices, LTD., and Defendant, METROPOLITAN LIFE INSURANCE COMPANY, by its attorneys, Wildman Harrold Allen & Dixon LLP, and hereby stipulate and agree that the above-styled causes will be dismissed with prejudice, as to Metropolitan Life Insurance Company only, each party to pay its respective costs of suit.

Entered this _____ day of _____, 2005

CASCINO VAUGHAN                      WILDMAN HARROLD ALLEN
LAW OFFICES, LTD.                    & DIXON, LLP.

By: _____            By: _____
Michael Cascino                      Jennifer Johnston
220 S. Ashland Avenue                225 W. Wacker Dr.
Chicago, IL 60607                    Chicago, IL 60606-1229
(312) 944-0600                       (312) 201-2000
ATTORNEYS FOR PLAINTIFFS             ATTORNEYS FOR METROPOLITAN
                                     LIFE INSURANCE COMPANY

*So Ordered*
Charles R. Weiner
7/28/2005

## EXHIBIT A

| SSN | Last | First | Case# | FilingState | St/Fed | Circuit/Dist | Division |
|---|---|---|---|---|---|---|---|
| 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 | Bishop | Thomas | 96-1137 | IL | F | CENTRAL | PEORIA |
| 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 | Eertmoed | Louis | 96-1154 | IL | F | CENTRAL | PEORIA |
| 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 | Frazee | Ned | 96-1141 | IL | F | CENTRAL | PEORIA |
| 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 | Hamilton | James | 96-1156 | IL | F | CENTRAL | PEORIA |
| 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 | Irons | Gary | 97-1170 | IL | F | CENTRAL | PEORIA |
| 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 | Orr | Mike | 96-1146 | IL | F | CENTRAL | PEORIA |
| 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 | Woodward | George | 96-1135 | IL | F | CENTRAL | PEORIA |

EXHIBIT A